**SO ORDERED.**

**SIGNED this 16th day of July, 2019.**



_____

Dale L. Somers
United States Chief Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
### Topeka

| | |
|---|---|
| **In re:** )<br>)<br>**JENNIFER KATHLEEN NWOKE** )<br>)<br>                     **Debtor,** )<br>)<br>)<br>)<br>**USAA FEDERAL SAVINGS BANK** )<br>)<br>                  **Creditor.** ) | **Case No. 19-40683**<br>**Chapter 7** |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW USAA Federal Savings Bank, its subsidiaries, affiliates, predecessors in interest, successors, and assigns ("Creditor"), by and through counsel, on its Motion for Relief From Automatic Stay on the following described property:

LOT 2, BLOCK 4, MILES HIDDEN LAKES ESTATES, SEDGWICK COUNTY, KANSAS

The above-described property is also known as 560 Westshore Dr, Wichita, KS 67209 ("Property").

The Court FINDS that on June 24, 2019, Creditor provided the Debtor, Debtor's Counsel, Chapter 7 Trustee and the Office of the United States Trustee with an objection deadline of July 15, 2019, within which to file an objection to the entry of an order granting relief to Creditor.

The Court further FINDS that the July 15, 2019, response deadline has expired and there have been no objections filed with the Court.

IT IS THEREFORE ORDERED that Creditor is hereby granted relief from the automatic stay on the above-described property; that the property is hereby abandoned as an asset of the bankruptcy estate, and that Creditor may exercise any and all rights provided under non-bankruptcy law and as set forth in the Note and Mortgage.

###

Submitted by,

MARTIN LEIGH PC

*/s/ Pamela R. Putnam*
Pamela R. Putnam #22894 prp@martinleigh.com
Steven M. Leigh #70393 sml@martinleigh.com
Martin Leigh PC
2405 Grand Blvd., Suite 410
Kansas City, MO 64108
Phone: (816) 221-1430
Fax: (816) 221-1044
ATTORNEYS FOR CREDITOR

*copies to:*

Pamela R. Putnam
Martin Leigh PC
2405 Grand Blvd, Suite 410
Kansas City, MO 64108

A. Mark Stremel
529A Humbolt
Manhattan, KS 66502

Jennifer Kathleen Nwoke
2209 Prairie Glen Place
Manhattan, KS 66502

Robert L. Baer
Chapter 7 Trustee
112 SW 6th Ave Ste 408
Topeka, KS 66603

Office of the U.S. Trustee
301 N. Main Street, Suite 1150
Wichita, KS 67202